## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| THE STANDARD FIRE INSURANCE COMPANY and THE TRAVELERS COMMERICAL INSURANCE COMPANY, | ) ) ) ) | Case No.: 1:14-CV-01726 JLT |
|---|---|---|
| Plaintiffs, | ) ) | ORDER AFTER INFORMAL CONFERENCE; ORDER GRANTING JOINT REQUEST TO AMEND SCHEDULING ORDER |
| v. | ) ) | (Doc. 14) |
| R.V. PEDDLER, INC and DOES 1-50, inclusive | ) ) ) | |
| Defendants. | ) ) | |

On October 26, 2015, counsel for the parties filed a joint request seeking to amend the case schedule. (Doc. 14) Part of the basis for the request was the substitution of counsel for Plaintiffs. Id. The Court held a telephonic conference on October 29, 2015 related to the request and learned that there are at least five depositions that need to be taken and that the initial disclosure made by prior counsel on behalf of Plaintiffs may not be complete. In order to ensure the parties have full discovery before trial and to allow new counsel to be prepared, the Court **ORDERS** the case schedule amended as follows:

1. The parties **SHALL** exchange supplemental initial disclosures no later than **November 10, 2015**;

2. The parties **SHALL** complete all discovery pertaining to non-experts on or before

1

**December 18, 2015** and all discovery pertaining to experts on or before **April 1, 2016**;

      3.      The Plaintiffs **SHALL** disclose all expert witnesses, in writing, on or before **January 4, 2016**;

      4.      Defendant **SHALL** disclose its expert witnesses on or before **February 4, 2016**;

      5.      Plaintiffs **SHALL** disclose any rebuttal experts by **March 1, 2016**;

      6.      Non-dispositive motions **SHALL** be filed no later than **April 22, 2016** and heard no later than **May 20, 2016**;

      7.      Defendant's dispositive motion, if any, **SHALL** be filed no later than **June 10, 2016**. Plaintiffs' opposition and their cross motion **SHALL** be filed no later than **July 8, 2016**. Defendant's opposition to Plaintiffs' motion and Defendant's reply **SHALL** be filed no later than **August 5, 2016**. Plaintiff's reply **SHALL** be filed no later than **September 12, 2016**. The motions will be heard no later than **October 4, 2016**;

      8.      The pre-trial conference is **CONTINUED** to **November 7, 2016** at 10:30 a.m.

      9.      The trial is **CONTINUED** to **January 9, 2017** at 8:30 a.m.

IT IS SO ORDERED.

    Dated:   **October 29, 2015**          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE