# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY and THE TRAVELERS COMMERICAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>R.V. PEDDLER, INC and DOES 1-50, inclusive<br><br>Defendants. | Case No.: 1:14-CV-01726 JLT<br><br>FURTHER SCHEDULING ORDER |

1. The deposition re: the State of Arizona investigation **SHALL** be completed no later than **April 25, 2017**;

2. The expert deposition of the plaintiff's retained expert **SHALL** be completed no later than **May 25, 2017**;

3. Dispositive motions may be filed no later than **June 25, 2017**. Any opposition **SHALL** be filed no later than **July 26, 2017** and the reply filed no later than **August 28, 2017**. The hearing on the motion is **September 11, 2017** at 9:00 a.m.

4. The pretrial conference is set on **October 16, 2017** at 10:00 a.m.;

5. The trial is set on **November 27, 2017** at 8:30 a.m.

6. All other requirements set forth in the scheduling order (Doc. 17) remain in effect.

1

**The dates set in this Order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish <u>extraordinary good cause</u> for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:     **December 15, 2016**                     /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE