# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, et al., | ) ) | Case No.: 1:14-CV-01726 JLT |
| Plaintiffs, | ) ) | ORDER CLOSING CASE (Doc. 26) |
| v. | ) ) | |
| R.V. PEDDLER, INC, | ) ) | |
| Defendants. | ) ) | |

    The parties agree this matter has been settled and that it may be dismissed. (Doc. 26) Once a notice under Federal Rules of Civil Procedure 41(a)(1) has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this action as dictated by Rule 41(a).

IT IS SO ORDERED.

Dated: **April 5, 2017**         **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE